UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUETTA BOWERS, | No. 2:15-cv-00269-KJM-DAD |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant. | |

      Plaintiff Marquetta Bowers filed this employment action against defendant Wal-Mart Stores, Inc. (Wal-Mart) on January 30, 2015. ECF No. 1. Plaintiff requests permission to proceed *in forma pauperis* (IFP). ECF No. 2. As explained below, the court GRANTS plaintiff's request.

I.    DISCUSSION

      A party instituting a civil action in a United States district court, except for an application for a writ of habeas corpus, must pay a filing fee of $350.00. 28 U.S.C. § 1914. If a party, however, is granted leave to proceed *in forma pauperis*, an action may proceed without prepaying the entire fee. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). To qualify for IFP status, a party need not show that he or she is entirely destitute. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948). Yet, "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either

frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

Here, plaintiff is entitled to IFP status. In the application to proceed without prepayment of fees and affidavit, form number AO 240, plaintiff, under penalty of perjury, states she has been unemployed since December 28, 2014; has no income; has two dependent children; and has a bank account with a $200.00 balance. ECF No. 2. Accordingly, based on these circumstances, the court finds plaintiff qualifies for IFP status.

II. CONCLUSION

For the foregoing reasons, plaintiff's motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED

DATED: February 4, 2015.

UNITED STATES DISTRICT JUDGE