# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUETTA BOWERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | No. 2:15-cv-00269-KJM-DAD<br><br><br>ORDER |

On June 18, 2015, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP).  Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur by August 18, 2015, at which a principal with full settlement authority for each party shall appear.

Accordingly, the Clerk of Court is directed to refer the matter to Sujean Park.

IT IS SO ORDERED.

DATED:  June 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

1